**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DANIEL SHUB,**

    **Plaintiff,**                             Case No. 17-13865
                                               HON. DENISE PAGE HOOD

**v.**

**GLOBAL EXECUTIVE SOLUTIONS, LLC,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On April 27, 2018, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice and without costs to either party.

                                      s/Denise Page Hood
                                      Denise Page Hood
                                      UNITED STATES DISTRICT JUDGE

Dated: April 30, 2018

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 30, 2018, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager, (313) 234-5165